**UNITED STATES DISTRICT COURT**
**District of Maine - Portland**

| | | |
|---|---|---|
| BRIAN BEOTE AND TAMMY BEOTE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 11-cv-00465-GZS |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

BRIAN BEOTE AND TAMMY BEOTE (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF DOUGLAS F. JENNINGS *in assoc. with* KROHN & MOSS, LTD.

DATED: March 20, 2012

By: /s/Douglas F. Jennings.
    Douglas F. Jennings, Esq.
    Bar # 3544
    One Weston Court, Suite 103B
    Augusta, ME 04330
    dfjlaw@live.com
    Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, I served the attached: **VOLUNTARY DISMISSAL** by mailing it to Defendant's counsel at the following address:

Mark J. Bourassa
The Bourassa Law Group, LLC
8668 W. Spring Mountain Rd., Ste. 101
Las Vegas NV 89118

                                        By:  /s/Douglas F. Jennings
                                        Douglas F. Jennings, Esq